AO 241 (Rev. 01/15)

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 DEC 29 PM 2:23

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 DEC 29 PM 2:23

Page 2

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: Western |
|---|---|
| Name (under which you were convicted): Rodger Lee Cox | Docket or Case No.: 3:20-cv-859-DJH |
| Place of Confinement: Kentucky State Penitentiary | Prisoner No.: 125084 |
| Petitioner (include the name under which you were convicted) Rodger Lee Cox | Respondent (authorized person having custody of petitioner) Scott Jordan |
| v. | |
| The Attorney General of the State of: Kentucky | |

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
Marion Circuit Court, 121 North Spalding Ave. Lebanon, Ky. 40033

   (b) Criminal docket or case number (if you know): 2018-CR-222; 2018-CR223

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: March 19th 2019

3. Length of sentence: Ten Years

4. In this case, were you convicted on more than one count or of more than one crime? ☒ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Indictment 2018-CR-222 Burglary 2nd Degree Two Counts, Possession of Fire Arm by convicted Felon, Possession of Hand Gun by convicted Felon. Under Indictment 2018-CR-223

6. (a) What was your plea? (Check one)

   ☐ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
   ☒ (2) Guilty        ☐ (4) Insanity plea

---

AO 241 (Rev. 01/15) — Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? **Plead guilty on all Counts**

(c) If you went to trial, what kind of trial did you have? (Check one)
☐ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
☐ Yes   ☒ No

8. Did you appeal from the judgment of conviction?
☐ Yes   ☒ No

9. If you did appeal, answer the following:
(a) Name of court: N/A
(b) Docket or case number (if you know): N/A
(c) Result: N/A
(d) Date of result (if you know): N/A
(e) Citation to the case (if you know): N/A
(f) Grounds raised: N/A

(g) Did you seek further review by a higher state court?   ☐ Yes   ☒ No

If yes, answer the following:
(1) Name of court: N/A
(2) Docket or case number (if you know): N/A
(3) Result: N/A

(4) Date of result (if you know): N/A

AO 241 (Rev. 01/15)  Page 4

(5) Citation to the case (if you know): N/A

(6) Grounds raised: N/A

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): N/A

(2) Result: N/A

(3) Date of result (if you know): N/A

(4) Citation to the case (if you know): N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☑ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Marion Circuit Court

(2) Docket or case number (if you know): 2018-CR-222; 2018-CR-223

(3) Date of filing (if you know): October, 23rd 2019

(4) Nature of the proceeding: Rcr 11.42

(5) Grounds raised: Counsel was ineffective for not informing Court of recanted statement; for not investigating the charges of Possession of Fire Arm and Possession of hand Gun; for not investigating Search warrant, for not investigating charges of burglary.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes  ☑ No

(7) Result: Denied

(8) Date of result (if you know): October 31st 2019; January 28th 2020

AO 241
(Rev. 01/15)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Lyon Circuit Court
(2) Docket or case number (if you know): 2020-CA-085
(3) Date of filing (if you know): _____
(4) Nature of the proceeding: Writ of State Habeas Corpus
(5) Grounds raised: That Marion and Circuit Court had lost Jurisdiction Pursuant to CR 59.05 RCr 8.10 Therefore Judgment is void.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No

(7) Result: _____
(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: N/A
(2) Docket or case number (if you know): N/A
(3) Date of filing (if you know): N/A
(4) Nature of the proceeding: N/A
(5) Grounds raised: N/A

AO 241 (Rev. 01/15)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: _____N/A_____

(8) Date of result (if you know): _____N/A_____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☑ No

(2) Second petition:   ☐ Yes   ☑ No

(3) Third petition:   ☐ Yes   ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Did not have to go to Kentucky Supreme Court to Exhaust Pursuant to Rcr 12.05

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Counsel was ineffective for not Informing Court of recanted Statements befor Final Sentence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On March 18th 2019 Investigator for Defense Counsel Reinterviewed witnesses And turned recanted Statement over to Defense Counsel. On March 19th 2019.

(b) If you did not exhaust your state remedies on Ground One, explain why: State Remedies were exhausted.

AO 241 (Rev. 01/15)

Page 7

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: Plead Guilty no Direct Appeal.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rcr 11.42

Name and location of the court where the motion or petition was filed: Marion Circuit Court North Spalding Ave. Lebanon, Kentucky 40033.

Docket or case number (if you know): 2018-CR-222; 2018-CR-223

Date of the court's decision: October 31st 2019; January 28th 2020

Result (attach a copy of the court's opinion or order, if available): Denied.

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☒ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☒ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Kentucky Appeals Court 360 Democrate, Dr. Frankfort, Ky. 40601.

Docket or case number (if you know): 2020-CA-250

Date of the court's decision: 

Result (attach a copy of the court's opinion or order, if available): Affirmed McCracken Circuit Courts Denial.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Issue was raised on appeal.

AO 241  
(Rev. 01/15)

Page 8

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: N/A

**GROUND TWO:** Counsel was ineffective for not investigating charges of Possession of Fire Arm and hand Gun

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On September 22nd of 2018 Petitioner was in Taylor Detention Center and had been since May 31st of 2018.

(b) If you did not exhaust your state remedies on Ground Two, explain why: State Remedies were Exhausted. Pursuant to RCr 12.05

(c) Direct Appeal of Ground Two:
(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No
(2) If you did not raise this issue in your direct appeal, explain why: Guilty Plea had no direct appeal.

(d) Post-Conviction Proceedings:
(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☑ Yes ☐ No
(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: RCr 11.42
Name and location of the court where the motion or petition was filed: Marion County Circuit Court 121 North Spalding AVE. Lebanon, Ky. 40033
Docket or case number (if you know): 2018-CR-222; 2018-CR-223
Date of the court's decision: October, 31st 2019; January 28th, 2020

AO 241 (Rev. 10/07)

Page 5

(b) If you filed any second petition, application, or motion, give the same information: No Petition

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☐ No

    (7) Result:

    (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

AO 241 (Rev. 01/15)

Result (attach a copy of the court's opinion or order, if available): __Denied__

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No
(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __Kentucky Appeals Court 360 Democrat Dr. Frankfort, Ky. 40601__

Docket or case number (if you know): __2020-CA-250__

Date of the court's decision: __November 6th 2020__

Result (attach a copy of the court's opinion or order, if available): __Affirmed Marion County Circuit Courts Decision.__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

__Issue was raised on Appeal__

(e)  Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

__N/A__

**GROUND THREE:** __Counsel was ineffective for not investigating Search warrant__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

__No Search warrant was sought because when property was Illegally searched no stolen property was found.__

(b) If you did not exhaust your state remedies on Ground Three, explain why: **State Remedies were exhausted**

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: **Plead Guilty No Direct Appeal**

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: **RCr 11.42**

Name and location of the court where the motion or petition was filed: **Marion Circuit Court 121 North Spalding AVE. Lebanon, Ky 40033**

Docket or case number (if you know): **2018-CR-222; 2018-CR-223**

Date of the court's decision: **October 31st 2019; January 28th 2020**

Result (attach a copy of the court's opinion or order, if available): **Denied.**

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: **Kentucky Appeals Court 360 Democrat Dr. Frankfort, Ky. 40601**

Docket or case number (if you know): **2020-CA-250**

Date of the court's decision: **November 6th 2020**

Result (attach a copy of the court's opinion or order, if available): **Affirmed Marion Circuit Courts Denial.**

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: The issue was raised

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N/A

GROUND FOUR: Counsel was ineffective for not investigating the charge of Burglary.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Victim said both house and detached garage was broken into but only evidence that was found shows only house was allegedly broken into.

(b) If you did not exhaust your state remedies on Ground Four, explain why: Remedies were exhausted.

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: Plead guilty no Direct Appeal

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
   ☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rcr 11.42

Name and location of the court where the motion or petition was filed: Marion Circuit court 121 North Spalding AVE, Lebanon, ky 40033

Docket or case number (if you know): 2018-CR-222; 2018-CR-223

Date of the court's decision: October 31st 2019; January 28th 2020

Result (attach a copy of the court's opinion or order, if available): Denied

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Kentucky Appeals Court 360 Democrate Dr Frankfort, Ky. 40601

Docket or case number (if you know): 2020-CA-250

Date of the court's decision: November 6Th 2020

Result (attach a copy of the court's opinion or order, if available): Affirmed Marion Circuit court Decision

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Raise issue of Appeal

(e)  Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

NA

AO 241 (Rev. 10/07)

Page 13

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☑ Yes  ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: All Grounds were presented

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:
   All Grounds have been stated in state courts Pursuant to Rcr 12.5

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☐ No
   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes  ☑ No
   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

21

AO 241 (Rev. 01/15)                                                                 Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: __Shanda L. West Stiles__

(b) At arraignment and plea: __Shanda L. West Stiles__

(c) At trial: __No trial, Shanda L. West Stiles at Plea Bargain__

(d) At sentencing: __Shanda L. West Stiles__

(e) On appeal: __No Attorney__

(f) In any post-conviction proceeding: __No Attorney__

(g) On appeal from any ruling against you in a post-conviction proceeding: __No Attorney.__

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: __N/A__

(b) Give the date the other sentence was imposed: __N/A__

(c) Give the length of the other sentence: __N/A__

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☑ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

On October 31st 2019 the Honorable Marion Circuit Court did not mail a copy of Denial to Petitioner. And Petitioner did not find out that his RCr 11.42 Motion was denied until the order date January 28th 2020. So the extra Eighty Nine days it took for the Petitioner

to receive notice that his RCr 11.42 was denied Should not be held against Petitioner pursuant to 2244(d),B. Therefore the filing of Petitioner 2254 was within the allotted time limitation of one year.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 01/15)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: **of Issue an order that Honorable Marion Circuit Court Vacate his sentence and Judgment under Indictment 2018-CR-222; 2018-CR-223**
or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____

Rodger Lee Cox 125084 6-Cellhouse
K.S
266
Edd

Rodger Lee Cox 125084
Kentucky State Penitentiary
266 Water Street
Eddyville, Ky 42038



02 1P
0000935041
MAILED FROM ZIP C

Kentucky State Penitentiary

Uncensored Inmate Mail
Not Responsible For Contents

Clerk of United States District C
601 West Broadway Ste 106
Louisville Ky 40202

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 DEC 28 PM 2:24