UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

RODGER LEE COX,     Petitioner,

v.     Civil Action No. 3:20-cv-859-DJH-LLK

SCOTT JORDAN,     Respondent.

* * * * *

## JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Rodger Lee Cox's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254 (D.N. 1), is **DENIED**.

(2) This matter is **DISMISSED** and **STRICKEN** from the Court's active docket.

(3) No certificate of appealability shall issue with respect to any issue or claim raised in this proceeding.

September 2, 2022

David J. Hale, Judge
United States District Court